```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBRA A. KELBERG-WAKSHUL, as       :    CIVIL ACTION
administratrix of the estate of    :    NO. 11-7309
WAYNE WAKSHUL (deceased),          :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :
                                   :
OLD YORK ROAD TEMPLE BETH AM,      :
et al.,                            :
                                   :
        Defendants.                :
```

## J U D G M E N T

**AND NOW**, this **23rd** day of **September, 2013**, it is hereby **ORDERED** that judgment is entered in favor of Defendant Old York Road Temple Beth Am, Defendants Sam and Jodi Stern, Third-Party Defendant Greenview Landscaping, and Third-Party Defendant Joseph DiPalantino & Sons and against Plaintiff Debra Kelberg-Wakshul.

**AND IT IS SO ORDERED.**

                          /s/ Eduardo C. Robreno
                          **EDUARDO C. ROBRENO,     J.**